# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 6, 2020

160410

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

WILLIAM LEWIS SMITH,
        Defendant-Appellant.

SC: 160410
COA: 348914
Wayne CC: 11-009624-FC

_____/

On order of the Court, the application for leave to appeal the September 10, 2019 order of the Court of Appeals is considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Wayne Circuit Court. The circuit court erred when it held in its December 19, 2018 opinion and order that the defendant's claim of ineffective assistance of trial counsel was previously raised and decided by the Court of Appeals. The defendant raised a different claim of ineffective assistance of trial counsel on direct appeal. On remand, the circuit court shall reconsider the defendant's claim of ineffective assistance of trial counsel. In all other respects, leave to appeal is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 6, 2020



Clerk

a0429